■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY YOUNGBLOOD, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHONDELL J. PAUL, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Lindley, Sconiers, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK D. MARTIN, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARROWL DAVIS, Also Known as SHARROD DAVIS, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVIONE GAINEY, Also Known as "SPRAY", Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present— Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTINE L. JACKSON, Appellant. [972 NYS2d 140]—Motion for reargument and for other relief denied. Present—Smith, J.P., Centra, Fahey, Peradotto and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBIAS NICKELS, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUNDABIRA O. OJO, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RAMSEY, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto, Lindley and Valentino, JJ.